B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Virginia

In re  Douglas Arnold Gilmore, Jr _____ ,           Case No. 16-70375 _____
       Karen Hawley Gilmore

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of
the IGSC Series II Trust
_____         Christiana Trust, A Division of Wilmington, BSI Financial Services, Inc
           Name of Transferee                                _____
                                                                    Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 5-1 _____
should be sent:                                      Amount of Claim: $92,904.05 _____
  C/O SN Servicing Corp.                             Date Claim Filed: 11/16/2016 _____
  323 5th Street
  Eureka, CA 95501

Phone: 800-603-0836 _____    Phone: _____
Last Four Digits of Acct #: 2800 _____     Last Four Digits of Acct. #: 1857 _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rebecca M. Helms _____        Date: 02/17/2017 _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2017, a true copy of the Transfer of Claim Other Than for Security was submitted for electronic transmission to Malissa Lambert Giles, Attorney for Debtors, and to Christopher T. Micale, Trustee, and was mailed, first class, postage prepaid, to Douglas Arnold Gilmore, Jr. and Karen Hawley Gilmore, Debtors, at 695 Reading Road, Christiansburg, VA 24073.

/s/ Robyn D. Pepin
Melissa M. Watson Goode, VSB #73516
Robyn D. Pepin, VSB #77784
Kelly Rae Gring, VSB #75999
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
(757) 625-6787
mgoode@glasserlaw.com
rpepin@glasserlaw.com
kgring@glasserlaw.com

Attorneys for SN Servicing Corporation